# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-mj-00002- VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| STEPHEN WOLFSON, | |
| Defendant. | |

    Before the Court is Defendant's Unopposed Motion for Early Termination of Probation (#22). Defendant's motion was filed on August 20, 2012. Twenty-two days have passed and an opposition has not been filed.

    The government may have ten (10) days from the date of entry of this order to file an opposition to Defendant's Motion for Early Termination of Probation (#22). Failure to do so will result in the granting of Defendant's Motion for Early Termination of Probation (#22).

    DATED this 11th day of September, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE